

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00656-CV

**IN RE** Nancy **ALANIS**

Original Proceeding[1]

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: November 12, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed her petition for writ of mandamus on October 13, 2025. The petition failed to comply with the Texas Rules of Appellate Procedure. We ordered relator to file a compliant brief. Relator filed an amended petition for writ of mandamus on October 29, 2025. Having reviewed the petition, record, and applicable law, we have concluded that relator is not entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025-CI-15338, styled *Nancy Alanis vs. Nationstar Mortgage LLC, et al,*, pending in the 386th Judicial District Court, Bexar County, Texas, the Honorable Jacqueline Herr-Valdez presiding.